IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREG THOMAS,

    Plaintiff,

v.                                                2:22-cv-00338-JCH-GBW

FABIAN CHAYREZ,
BOARD OF COUNTY COMMISSIONERS
OF LUNA COUNTY, and
CORRHEALTH, PROFESSIONAL LIMITED
LIABILITY COMPANY,

    **Defendants.**

## JURY DEMAND

    COMES NOW, Defendant CorrHealth, PLLC, by and through it's attorney of record, SHARUZI LAW GROUP, LTD., hereby demands a jury of twelve (12) persons for all triable issues of facts.

                                          Respectfully submitted,

                                          SHARUZI LAW GROUP, LTD.

                                          By: /s/ *Jacqueline B. Sharuzi*
                                                Jacqueline B. Sharuzi
                                                518 17th Street, Suite 270
                                                Denver, CO 80202
                                                Tel: (303) 226-0330
                                                Fax: (303 226-0340
                                                jackie@sharuzilaw.com
                                                ***Attorney for Defendant CorrHealth, PLLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2022 a copy of the foregoing pleading was electronically filed through the Odyssey Filing system which caused a copy of records to be served electronically on all counsel of record as follows:

Jonathan Diener
P.O. Box 27
Mule Creek, NM 88051 (575) 388-1754
jonmdiener@gmail.com
*Attorney for Plaintiff*

Marshall J. Ray
Law Offices of Marshall J. Ray
514 Marble Ave. NW Albuquerque, NM 87102
(505) 312-7598
mray@mraylaw.com

Justine Fox-Young
Justine Fox-Young, P.C.
5501 Eagle Rock Ave., NE, Suite C2
Albuquerque, NM 87113
(505) 796-8268
Justine@,foxyounglaw.com

By: /s/ *Jacqueline B. Sharuzi*
Jacqueline B. Sharuzi