IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GREG THOMAS,**

    **Plaintiff,**

v.                          Case No.  22-338 JCH/GBW

**BOARD OF COUNTY COMMISSIONERS
OF LUNA COUNTY, et. al.,**

    **Defendants.**

### PLAINTIFF'S RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL OF COUNTS 3 AND 4 OF THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Greg Thomas hereby voluntarily stipulates to the dismissal Counts 3 and 4 of the complaint without prejudice, with Plaintiff and Defendants to each bear their own respective fees and costs. This stipulation is signed by all parties who have appeared.

Respectfully Submitted,

*/s/ Marshall J. Ray*
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC
514 Marble Ave. NW
Albuquerque, NM 87102

*/s/ Justine Fox-Young*
Justine Fox-Young
Justine Fox-Young, P.C.
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, NM 87113

*Attorneys for Plaintiff*

Approved:

MYNATT SPRINGER P.C.

*/s/ Sara E. Woods*
BLAINE T. MYNATT
SARA E. WOODS
P.O. Box 2699
Las Cruces, NM  88004
(575) 524-8812-Phone
(575) 524-0726-Fax
btm@mmslawpc.com
sew@mmslawpc.com
*Attorneys for County Defendants*


SHARUZI LAW GROUP, LTD.

*/s/ Casey C. Kannenberg*
Jacqueline B. Sharuzi
Casey C. Kannenberg
518 17th Street, Suite 270
Denver, CO 80202
Tel: (303) 226-0330
jackie@sharuzilaw.com
ckannenberg@sharuzilaw.com
*Attorneys for Defendant CorrHealth, PLLC*