IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREG THOMAS,

    Plaintiff,

v.                                        Civ. No. 22-338 JCH/GBW

BOARD OF COUNTY
COMMISSIONERS OF LUNA
COUNTY, *et al.*,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE TO JUNE 16, 2023

THIS MATTER comes before the Court on the Parties' Joint Motion to Extend Discovery Deadline to June 16, 2023. *Doc. 50*. The Court, having reviewed the Motion, noting the agreement of the parties, and being otherwise fully informed, finds the Motion to be well-taken and should be GRANTED. Therefore, the parties' discovery deadline is extended to **June 16, 2023**.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE