IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GREG THOMAS,**

    **Plaintiff,**

v.                                                        No. 2:22-cv-00338-JCH/GBW

**FABIAN CHAYREZ,**
**BOARD OF COUNTY COMMISSIONERS**
**OF LUNA COUNTY, et al.,**

    **Defendants.**

## ORDER GRANTING STIPULATED MOTION TO DISMISS FABIAN CHAYREZ WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Fabian Chayrez. [Doc. 57]. The Court, having reviewed the Motion, and being otherwise fully informed, finds the Motion to be well-taken and should be GRANTED.

THEREFORE, Plaintiff's claims against Defendant Fabian Chayrez are dismissed with prejudice, and the Parties are ordered to pay their respective fees and costs.

**IT IS SO ORDERED.**

                                                                SENIOR UNITED STATES DISTRICT JUDGE

Prepared & submitted by:

MYNATT SPRINGER P.C.

*/s/ Sara E. Woods*
BLAINE T. MYNATT
SARA E. WOODS
P.O. Box 2699
Las Cruces, NM  88004
(575) 524-8812-Phone
(575) 524-0726-Fax
btm@mmslawpc.com
sew@mmslawpc.com
*Attorneys for County Defendants*


Approved by:

| JUSTINE FOX-YOUNG, P.C. | LAW OFFICES OF MARSHALL J. RAY, LLC |
|---|---|
| *Approved via email 7/21/2023* | *Approved via email 7/21/2023* |
| Justine Fox-Young | Marshall J. Ray |
| 5501 Eagle Rock Ave., NE, Suite C2 | 514 Marble Ave. NW |
| Albuquerque, NM 87113 | Albuquerque, NM 87102 |
| (505) 796-8268 | (505) 312-7598 |
| Justine@foxyounglaw.com | mray@mraylaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |